FILED by **TM** D.C.
ELECTRONIC

Mar 20, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80064-CR-MIDDLEBROOKS-W/BRANNON

18 U.S.C. § 641

UNITED STATES OF AMERICA

vs.

JOHN HENRY THOMPSON, JR.,

         **Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### (Theft of Government Money: 18 U.S.C. § 641)

On or about February 13, 2013, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOHN HENRY THOMPSON, JR.,**

did knowingly and willfully embezzle, steal, purloin, and convert to his own use money of the United States, that is, $5,000 belonging to the Federal Bureau of Investigation, an agency of the United States, in violation of Title 18, United States Code, Section 641.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ELLEN L. COHEN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

JOHN HENRY THOMPSON, JR.,

          **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami  ___ Key West
___ FTL  _X_ WPB  ___ FTP

New Defendant(s)  Yes ___  No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  _NO_
   List language and/or dialect  _____

4. This case will take  _3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days     _X_
   II   6 to 10 days    ___
   III  11 to 20 days   ___
   IV   21 to 60 days   ___
   V    61 days and over ___

   (Check only one)
   Petty    ___
   Minor    ___
   Misdem.  ___
   Felony   _X_

6. Has this case been previously filed in this District Court?  (Yes or No)  _NO_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  ___
   If yes:
   Magistrate Case No.  _13-8073-DLB_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  _February 13, 2013_
   Defendant(s) in state custody as of  _____
   Rule 20 from the  _____  District of  _____

   Is this a potential death penalty case?  (Yes or No)  _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _x_ No

                                                    _/s/ Ellen Cohen_
                                                    ELLEN L. COHEN
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Florida Bar No. 0739472

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>JOHN HENRY THOMPSON JR.</u>

**Case No:** _____

Count #: 1

<u>Theft of Government Money</u>

<u>Title 18, United States Code, Section 641</u>

**\* Max.Penalty:** 10 Years' incarceration, $250,000 fine, 3 years' supervised release, and restitution

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America )<br>v. )<br>JOHN HENRY THOMPSON, JR. )<br> )<br>_____ )<br>*Defendant* ) | Case No. |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____**James Benjamin**_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*